

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00179-CV

STACEY BURTON, Appellant

§ On Appeal from the 153rd District Court

§ of Tarrant County (153-284554-16)

V.

§ January 17, 2019

PHILIPS K. LABOR, INDIVIDUALLY;
EYE CONSULTANTS OF TEXAS, P.A.;
AND LONESTAR AMBULATORY
SURGICAL CENTER, L.L.C., Appellees

§ Opinion by Justice Gabriel

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's summary-judgment order. It is ordered that the trial court's summary-judgment order is affirmed.

It is further ordered that appellant Stacey Burton shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel